UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60052-CIV-DIMITROULEAS/ROSENBAUM

DAVID I. SHIMAN and
DONNA G. SHIMAN,

       Plaintiffs,

v.

NISSAN MOTOR CO., LTD., a foreign corporation;
and NISSAN NORTH AMERICA, INC., a foreign
corporation,

       Defendants.

_____/

**ORDER**

This matter comes before the Court upon Defendants's Motion for Contempt and to Compel

the Deposition of Randall Powell, M.D., and to Allow the Deposition to Occur After the Discovery

Date [D.E. 25].  Upon review of Defendants' Motion and noting the imminent discovery cut-off of

January 2, 2009, the Court finds good cause to expedite the briefing and hearing in this matter.

It is therefore **ORDERED AND ADJUDGED** as follows:

1.  Randall Powell, M.D., shall file a written response to Defendants' Motion by no later than

**5:00 p.m., Tuesday, January 6, 2009.**

2.  Plaintiffs shall file a written response to Defendants' Motion indicating whether they

oppose it, and, if they do, stating why with applicable legal support, by no later than **5:00 p.m.,**

**Tuesday, January 6, 2009.**

3.  Should Defendants so choose, they may file a reply by no later than **5:00 p.m.,**

**Wednesday, January 7, 2009.**

4.  A hearing shall be held on Defendants' Motion on **Thursday, January 8, 2009, at 9:30 a.m.**

5.  Counsel for Defendants shall ensure that Randall Powell, M.D., and his counsel receive a copy of this Order immediately upon Defendants' attorneys' receipt of it.

**DONE AND ORDERED** this 31st day of December, 2008.

ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:     Hon. William P. Dimitrouleas
        Counsel of Record